UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>V.B. and R.B., minors
by their parents and natural guardians,
Robert B., and Janice B.</u>


    v.                    Civil No. 11-cv-233-SM

<u>Merrimack School District - SAU #26</u>


    Re: Motion for Temporary Restraining Order and Concurrent Preliminary Injunction

    Ruling: The moving parties have failed to comply with Fed. R. Civ. P. 65(b)(1)(b) by failing to explain why notice to the opposing party should not be required. Accordingly, the request for temporary restraining order is denied without prejudice.

    So ordered.

                                         <u>/s/ Paul Barbadoro</u>
                                         Paul Barbadoro
                                         United States Judge

May 9, 2011


cc: Robert T. Bevill, pro se