UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Robert B., et al

     v.                                                                             Civil No. 1:11-cv-233-SM

Merrimack School District

## ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

      Exhibits A-F attached to [2] MOTION for Temporary Restraining Order and Concurrent Preliminary Injunction filed by Janice B. and Robert B. and the proposed Summons in a Civil Action in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a).  Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the referenced documents.   Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access Exhibits A-F attached to [2] MOTION for Temporary Restraining Order and Concurrent Preliminary Injunction filed by Janice B. and Robert B. and the proposed Summons in a Civil Action, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

      **SO ORDERED**.

                                                                           /s/ Landya B. McCafferty
                                                                           Landya B. McCafferty
                                                                           United States Magistrate Judge

Date:  May 11, 2011

cc:     Robert B., pro se
        Janice B., pro se